DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:01-cv-00172-HRH |
| Plaintiff, | ) |
| vs. | ) SATISFACTION OF JUDGMENT |
| TOMMIE J. COLLINS, | ) |
| Defendant. | ) |

The United States of America, by and through the United States Attorney for the District of Alaska, hereby gives notice that the above-captioned judgment entered in this District on or about November 6, 2001, against Tommie J. Collins has been satisfied. The Clerk of the United States District Court for the District of Alaska is hereby authorized and empowered to satisfy and cancel said judgment of record.

//

//

DATED this 1st day of June, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following on June 1, 2006, via:

```
(X) U.S. Mail
( ) U.S. Mail Certified
( ) FAX
( ) Hand Delivery
```

Tommie Collins
4025 Tree Cicle
Anchorage, AK 99502

Executed at Anchorage, Alaska, on June 1, 2006.

s/Sean M. Robinson
Office of the U.S. Attorney